OCTOBER AND NOVEMBER TERM, 1881, No. 309.

# Moody's Appeal.

An appeal will be quashed where the appellant has not complied with the requirements of the act of June 8th, 1881.

APPEAL of George O. Moody, William McNaughton, E. & R. Mead, Jr., & Co., and M. J. Heywang, trustee for creditors of Kingsland & Reynolds, from the decree of the Court of Common Pleas of *Crawford County*, distributing the proceeds of the sheriff's sale of the property of the firm of Kingsland & Reynolds.

It appeared that the appellants had failed to enter the recognizance required by the act of June 8th, 1881, P. L., p. 80, which provides that no appeal shall be entered or writ of *certio-*

[Shreve *et al. v.* Wheeler.]

*rari* or of error be delivered, until the party or parties entering such appeal or purchasing such writ " shall have first entered into a recognizance with sufficient sureties, in double the amount of costs accrued, conditioned upon the affirmance by the Supreme Court of such judgment, order, or decree for the payment of all costs that have accrued in the cause or shall accrue upon the said appeal or writ of error or *certiorari,* and for the return to the Court below of the record with the remittitur."

*Neill & L. Heywang* for appellants.

*F. B. Guthrie* and *Julius Byles* for the appellee.

The opinion of the Court was filed January 2d, 1882.

PER CURIAM: It is provided by the act of June 8th, 1881, Pamphlet L., page 80, that no appeal shall be entered from the decree of any court until the party or parties entering such appeal shall have first entered into a recognizance with sufficient sureties, in double the amount of costs accrued, conditioned upon the affirmance by the Supreme Court of such decree for the payment of all costs that have accrued in the cause or shall accrue upon the said appeal, and for the return to the Court below of the record with the remittitur. This act not having been complied with in this case,

Appeal quashed.